# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. ROUSE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BROWN, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00205 DLB PC<br><br>ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT<br><br>THIRTY-DAY DEADLINE |

　　　　Plaintiff Bruce A. Rouse ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint in the United States District Court for the Northern District of California on March 6, 2013. The Court dismissed the complaint without leave to amend on March 22, 2013.

　　　　On June 18, 2014, the Ninth Circuit Court of Appeals affirmed in part and reversed in part. The Court determined that Plaintiff should be granted leave to amend to allege a claim for damages against Defendants Brown and Beard in their individual capacities. The Court affirmed the dismissal on all other grounds.

　　　　On February 5, 2015, the Northern District transferred the action to this Court.

///

///

///

1

Accordingly, Plaintiff SHALL file an amended complaint within thirty (30) days of the date of service of this order. Plaintiff may only amend the above claim. Plaintiff's First Amended Complaint will be subject to screening pursuant to 28 U.S.C. § 1915A.

IT IS SO ORDERED.

Dated:   **February 9, 2015**                              /s/ Dennis L. Beck
                                                        UNITED STATES MAGISTRATE JUDGE

2