UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE ROUSE,

        Plaintiff,

   v.

BROWN, et al.,

        Defendants.

No.  1:15-cv-00205-AWI-DLB

ORDER CLOSING CASE IN LIGHT OF VOLUNTARY DISMISSAL

(Document 25)

      Plaintiff Bruce A. Rouse ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

      On September 22, 2015, after partial remand, the Court screened Plaintiff's First Amended Complaint and dismissed it with leave to amend.

      On January 4, 2016, after previously receiving an extension of time to file an amended complaint, Plaintiff filed a motion to dismiss the action without prejudice.

      At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice.  Fed. R. Civ. Proc. 41(a)(1)(i); Duke Energy Trading & Mktg., L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001).  A dismissal under Rule 41(a)(1) is effective immediately upon filing, and no Court order is necessary.  See id.  Thus, this case automatically terminated when Plaintiff filed his notice of dismissal on January 4, 2016.  See id.

      Accordingly, IT IS HEREBYR ORDERED that the Clerk shall CLOSE this case in light of Plaintiff's Rule 41(a)(1) dismissal without prejudice.

IT IS SO ORDERED.

Dated:  January 13, 2016                 /s/                       
                                              SENIOR  DISTRICT  JUDGE

1